# WRITTEN CONSENT
# OF THE MAJORITY OF THE MEMBERS OF
# WHOLE HEMP COMPANY LLC

### Effective as of July 28, 2017

The undersigned, constituting a majority of the members of Whole Hemp Company LLC, a Colorado limited liability company (the "**Company**"), by consent in writing without the formality of convening a meeting, do hereby indicate the decision of the majority of the members of the Company to take the following actions on behalf of the Company, as permitted under Section 12 of the Operating Agreement of the Company and under C.R.S. § 7-80-706(2):

- Under the Operating Agreement, the Company is permitted to add new members with a majority vote of the existing members of the Company.

- The Company desires to admit Juanita Ramos as members of the Company with a 1.0% membership interest in the Company, which will be taken from the 35.0315% membership interest currently retained by Kashif Shan.

- The Company admits Mrs. Juanita Ramos as members of the Company with a 1.00% membership interest in the Company, in exchange for Mrs. Ramos' employment with the Company and agreeing to sign the attached exhibit, which will be attached the Operating Agreement and by which Mrs. Ramos agrees to be bound to the terms of the Operating Agreement.

- The membership interest in the Company after Mrs. Ramos admission as a member of the Company will be as follows:

| Member | Membership Interest |
|---|---|
| Kashif Shan | 34.0315% |

**Exhibit B**

| | |
|---|---|
| Quan Nguyen | 19.50% |
| Diamond 'A' Farms, GP | 9.000% |
| Raj Gupta | 7.500% |
| Ryan Lewis | 7.000% |
| William Brill | 2.000% |
| Farooq Ghauri | 3.690% |
| Christopher Toy | 2.000% |
| Ray Tom | 1.313% |
| Craig Foster | 1.000% |
| Brad Jones | 1.000% |
| Juanita Ramos | 1.000% |
| Stanley Liu | 0.8125% |
| Radhakrishnan Vilayannur | 0.750% |
| Salvatore Gioe | 0.750% |
| Aamir Shan | 0.500% |
| Aneela Rafique | 0.500% |
| Jenna Lubieniecki | 0.500% |

| | |
|---|---|
| Greenroads | 0.500% |
| Brandon Young | 0.500% |
| Wilson Meng | 0.375% |
| The Entrust Group FBO Seyma Basbuyuk IRA #7230013221 | 0.250% |
| Amit Gupta | 0.250% |
| Derya Tuzluca | 0.250% |
| Reha Tepe | 0.250% |
| Emre Baltepe | 0.250% |
| Zeya Bakhtyar | 0.250% |
| Manjit Singh | 0.250% |
| EMA Builders, Inc. | 0.250% |
| The Brown Trust | 0.250% |
| Pravin Ninawe | 0.250% |
| Margaret Durkee | 0.188% |
| Larry and Linda Krugman | 0.167% |

| | |
|---|---|
| Kim Chu | 0.167% |
| Thomas Taddeo | 0.167% |
| Diane Miller | 0.167% |
| Mark Foster | 0.167% |
| Randy and Joina Balagtas | 0.125% |
| Christopher Carlo Lagarejos | 0.125% |
| Cong Nguyen | 0.125% |
| Jennifer Nguyen | 0.125% |
| Quynh Ngoc Nguyen | 0.125% |
| Claudette L. Pinner | 0.125% |
| Ballas Yunis | 0.125% |
| Kim Anh Luong and Tina Luong | 0.125% |
| Justin Lo | 0.125% |
| Jonathon Corey | 0.100% |
| Omer Melih Aygun | 0.100% |

| | |
|---|---|
| Filiz Aygun | 0.100% |
| Retained by Whole Hemp Company | 0.095% |
| Healthwise Investing, LLC | 0.0833% |
| Dustin Lager & Trixy Cheung | 0.0833% |
| Daniel Hong | 0.0625% |
| Francis Li | 0.0625% |
| Sara Schilz | 0.0625% |
| Geeky Media Inc | 0.0625% |
| Winnie Liu | 0.0625% |
| Anna Lee | 0.0625% |
| Trish Halamandaris | 0.0625% |
| Jumbo Investments, LLC | 0.05% |
| Piyush Mangalick | 0.04167% |

IN WITNESS WHEREOF, the parties hereto have signed, sealed and delivered this Agreement on the date hereinabove.

Kashif Shan

By: _____

Juanita Ramos

By: _____

William Brill

By: _____

Quan Nguyen

By: _____

Ryan Lewis

By: _____

Rajesh Gupta

By: _____

Pravin Ninawe

By: _____

Bradley Jones

By: _____

Jenna Lubieniecki

By: _____

| Minkz Ngo & Dawn Ngo | 0.04167% |
|---|---|

_____

Kashif Shan, Member

_____

Quan Nguyen, Member

CONSTITUTING A MAJORITY OF THE VESTED MEMBERSHIP INTERESTS IN WHOLE HEMP COMPANY LLC