# EXHIBIT 1

| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report<br><br>Case Report # **2018-00032107** |
|---|---|

**EVENT**

| OCCURRED INCIDENT<br>**CSPD Homicide** | INCIDENT #<br>**2018-00373075** | DATE/TIME REPORTED<br>**08/29/2018 16:06** |
|---|---|---|
| LOCATION OF OCCURRENCE<br>**615 WOOTEN  RD**<br><br>**Colorado Springs, CO 80916** | | OCCURRED DATE/TIME<br>**08/29/2018 15:33**<br>OCCURRED THROUGH<br>**08/29/2018 15:33** |

| ☒ BWC | ☐ APS | ☐ APTHOT | ☐ DHS | ☐ FCOC | ☐ VAU |
|---|---|---|---|---|---|

**OFFENSES**

| STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|
| 18-3-102(1)(a) F1 (12)<br>1st Degree Murder after Deliberation w/ Intent - Homicide (Describe Offense) | 1 | Completed |
| 18-2-201 (1) F<br>Conspiracy to Commit Crime - Felony | 1 | Attempted |
| | | |

**VICTIM**

| PER #<br>**01** | SUBJECT TYPE<br>**Victim** | NAME<br>**BRAND, CRAIG** | DOB / AGE RANGE<br>**01/11/1967** |
|---|---|---|---|
| ADDRESS<br>**615 WOOTEN RD**<br>**Colorado Springs CO 80916** | | PRIMARY PHONE<br>**(305)878-1477**<br>SECONDARY PHONE | |

| RACE<br>**White** | SEX<br>**Male** | HEIGHT<br>**6 0** | WEIGHT<br>**190** | HAIR<br>**Gray** | EYE<br>**Brown** |
|---|---|---|---|---|---|

| VICTIM / OFFENDER RELATIONSHIP<br>Vanderpool, Shaun Robert  05/14/1979 STRANGER | EMAIL ADDRESS |
|---|---|

**SUSPECT / OTHER**

| PER #<br>**01** | SUBJECT TYPE<br>**Suspect** | NAME<br>**Vanderpool, Shaun Robert** | DOB / AGE RANGE 39<br>**05/14/1979** |
|---|---|---|---|
| ADDRESS<br>**6240 TURRET DR**<br>**COLORADO SPRINGS CO 80918** | | PRIMARY PHONE<br>**(970)799-9145**<br>SECONDARY PHONE | |

| RACE<br>**White** | SEX<br>**Male** | HEIGHT<br>**6 2** | WEIGHT<br>**195** | HAIR<br>**Brown** | EYE<br>**Blue** |
|---|---|---|---|---|---|

| DL/ID NUMBER | STATE<br>**CO** | JACKET NUMBER |
|---|---|---|

**VEHICLE**

| VEH # | PROPERTY CODE | ☐ Burned   ☐ Recovered | ☐ Counterfeit / Forged   ☐ Seized | ☐ Destroyed / Damaged / Vandalized   ☐ Stolen   ☐ Unknown |
|---|---|---|---|---|
| TYPE / MAKE / MODEL | | | YEAR | COLOR |
| PLATE | STATE | VIN | | VALUE |
| DESCRIPTION | | | | |

**PROPERTY**

| ITEM # | PROPERTY CODE | ☐ Burned   ☐ Recovered | ☐ Counterfeit / Forged   ☐ Seized | ☐ Destroyed / Damaged / Vandalized   ☐ Stolen   ☐ Unknown |
|---|---|---|---|---|
| SERIAL NUMBER | | QTY/UNIT OF MEASURE | VALUE | COLOR |
| ITEM TYPE and DESCRIPTION | | | | |

| CASE DISPOSITION<br>Open | EXCEPTIONAL CLEARANCE | ASSOCIATED CASES | REPORTING DISTRICT<br>**Sand Creek Patrol** |
|---|---|---|---|
| REPORTING OFFICER & IBM #<br>**McGrath, Martin 5154** | | APPROVING SUPERVISOR & IBM #<br>**Santoro, Anthony** | |



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

| Initial Case Report |
| --- |
| Case Report # **2018-00032107** |

## ADDITIONAL SUSPECTS / OTHER SUBJECTS

### SUSPECT / OTHER

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
| --- | --- | --- | --- | --- |
| **02** | **Suspect** | **RAMOS, JUANITA** | | **08/20/1954** |

| ADDRESS | | PRIMARY PHONE |
| --- | --- | --- |
| **12615 BERRYWOOD DR** **Colorado Springs CO 80924** | | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| --- | --- | --- | --- | --- | --- |
| **Amrcn Indian Alskn Ntv** | **Female** | | | **Gray** | **Unknown** |

| DL/ID NUMBER | STATE | JACKET NUMBER |
| --- | --- | --- |

### SUSPECT / OTHER

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
| --- | --- | --- | --- | --- |
| **03** | **Suspect** | **LEWIS, RYAN JAMES** | | **05/03/1979** |

| ADDRESS | | PRIMARY PHONE |
| --- | --- | --- |
| | | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| --- | --- | --- | --- | --- | --- |
| **White** | **Male** | | | | |

| DL/ID NUMBER | STATE | JACKET NUMBER |
| --- | --- | --- |

### SUSPECT / OTHER

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
| --- | --- | --- | --- | --- |

| ADDRESS | | PRIMARY PHONE |
| --- | --- | --- |
| | | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| --- | --- | --- | --- | --- | --- |

| DL/ID NUMBER | STATE | JACKET NUMBER |
| --- | --- | --- |

### SUSPECT / OTHER

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
| --- | --- | --- | --- | --- |

| ADDRESS | | PRIMARY PHONE |
| --- | --- | --- |
| | | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| --- | --- | --- | --- | --- | --- |

| DL/ID NUMBER | STATE | JACKET NUMBER |
| --- | --- | --- |

### SUSPECT / OTHER

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
| --- | --- | --- | --- | --- |

| ADDRESS | | PRIMARY PHONE |
| --- | --- | --- |
| | | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| --- | --- | --- | --- | --- | --- |

| DL/ID NUMBER | STATE | JACKET NUMBER |
| --- | --- | --- |

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
| --- | --- |
| **McGrath, Martin 5154** | **Santoro, Anthony** |



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

**Initial Case Report**

Case Report # **2018-00032107**

## VEHICLES as INVOLVED

| VEH # | VEHICLE ROLE | | PLATE / STATE | VIN |
|---|---|---|---|---|
| **01** | **Suspect Vehicle** | | **ONQ259 CO** | **WAUFFAFL5FN017109** |
| YEAR | TYPE / MAKE / MODEL | | | STYLE |
| **2015** | **Automobile\Audi\A4\A4** | | | **4D** |
| TOWED TO | TOWED BY | | TOP COLOR | BOTTOM COLOR |
| | | | **Red** | **Red** |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| VEH # | VEHICLE ROLE | | PLATE / STATE | VIN |
|---|---|---|---|---|
| | | | | |
| YEAR | TYPE / MAKE / MODEL | | | STYLE |
| | | | | |
| TOWED TO | TOWED BY | | TOP COLOR | BOTTOM COLOR |
| | | | | |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

## VEHICLES as PROPERTY

| VEH # | PROPERTY CODE | ☐ Burned  ☐ Recovered | ☐ Counterfeit / Forged  ☐ Seized | ☐ Destroyed / Damaged / Vandalized  ☐ Stolen  ☐ Unknown | |
|---|---|---|---|---|---|
| TYPE / MAKE / MODEL | | | | YEAR | COLOR |
| PLATE | STATE | VIN | | | VALUE |
| DESCRIPTION | | | | | |

| VEH # | PROPERTY CODE | ☐ Burned  ☐ Recovered | ☐ Counterfeit / Forged  ☐ Seized | ☐ Destroyed / Damaged / Vandalized  ☐ Stolen  ☐ Unknown | |
|---|---|---|---|---|---|
| TYPE / MAKE / MODEL | | | | YEAR | COLOR |
| PLATE | STATE | VIN | | | VALUE |
| DESCRIPTION | | | | | |

| VEH # | PROPERTY CODE | ☐ Burned  ☐ Recovered | ☐ Counterfeit / Forged  ☐ Seized | ☐ Destroyed / Damaged / Vandalized  ☐ Stolen  ☐ Unknown | |
|---|---|---|---|---|---|
| TYPE / MAKE / MODEL | | | | YEAR | COLOR |
| PLATE | STATE | VIN | | | VALUE |
| DESCRIPTION | | | | | |

| VEH # | PROPERTY CODE | ☐ Burned  ☐ Recovered | ☐ Counterfeit / Forged  ☐ Seized | ☐ Destroyed / Damaged / Vandalized  ☐ Stolen  ☐ Unknown | |
|---|---|---|---|---|---|
| TYPE / MAKE / MODEL | | | | YEAR | COLOR |
| PLATE | STATE | VIN | | | VALUE |
| DESCRIPTION | | | | | |

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **McGrath, Martin 5154** | **Santoro, Anthony** |



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

Initial Case Report

Case Report # **2018-00032107**

## NARRATIVE

**INITIAL INFORMATION**:

On 08/29/18, at approximately 1606 hrs, I Officer McGrath/5154 was dispatched to the address of 615 Wooten Rd, the Folium Biosciences business in Colorado Springs, CO, El Paso County, for a reported harassment.

In the original call for service number, 18373075, it stated a recently fired employee for grand theft was threatening to kill and hurt people from the company.

Upon arrival I made contact with the General Counsel of the company, identified as the victim, Craig Brand, DOB: 01/11/67. Mr. Brand guided me to a conference room where we joined by the CEO of the company Kash Shaun, and eventually the head of their security, Luke Smith, DOB: 05/06/74.

**INTERVIEW WITH MR. BRAND**:

Mr. Brand began by giving some background on himself and the company and explained how they are one of the largest producers of hemp CBD oil in the United States. He further stated their CBD oil is more refined than any other and contains 0.0% THC. Mr. Brand said they are growing at a very fast rate and are expanding their business in Colorado Springs, Japan and Canada.

Mr. Brand said approximately one year ago they hired a Ms. Juanita Ramos, DOB: 08/20/54 to be the company Government Relations (GR) representative. Mr. Brand said Ms. Ramos came to the company and informed them she had been a GR rep in another state previously and had a number of contacts. Mr. Brand said due to the company growing so fast he did not have time to conduct any background checks or verify her previous employment or contacts. He stated the company hired her, provided her with a very large salary, and expense account.

Mr. Brand said after about 6 months the company began to notice irregularities in her expense account, which later turned out to be personal expenses of Ms. Ramos's. He said she also began to divert clients of the Folium Biosciences to a competitor of theirs and to other Canadian companies. Mr. Brand told me the began to pay closer attention to Ms. Ramos's account and her actions at work.

Mr. Brand said Ms. Ramos was a very manipulative person who was able to convince him there were several employees in the company that were diverting information and customers to the other competitors, which he said was to cover up the fact that it was her. Eventually Mr. Brand realized it was Ms. Ramos, and stated she cost the company 'a lot of money' by sending new clients elsewhere.

Mr. Brand told me Ms. Ramos had a daughter by the name of Dawn who she introduced to Mr. Brand. Mr. Brand eventually hired Dawn because he said he felt bad for her. He said he also helped Ms. Ramos's husband out a couple of times by hiring him to do small assignments throughout the company building.

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **McGrath, Martin 5154** | **Santoro, Anthony** |



| | **COLORADO SPRINGS POLICE DEPARTMENT**<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report |
|---|---|---|
| | | Case Report # **2018-00032107** |

## NARRATIVE (continuation)

Ms. Ramos also later introduced Mr. Brand to a man by the name of Shaun R. Vanderpool, DOB: 05/14/79, whom she claimed was a transportation business owner and could transport the Companies product as a contractor. Mr. Brand said he later met with Mr. Vanderpool to discuss using his company, but within minutes of meeting Mr. Vanderpool, Mr. Brand knew he was not a legitimate business owner. Mr. Brand asked Mr. Vanderpool to provide his permits and certifications for his transportation company, at which time Mr. Vanderpool became very angry with Mr. Brand, threatened him and began to disparage the company and eventually left. Mr. Brand said Mr. Vanderpool almost immediately began posting negative statements and comments about the company on social media sites to include LinkedIn and others. Mr. Brand explained how this type of posts to a company such as his could have devastating effects to the company's clients and future business. Mr. Brand said at some point in the last couple of weeks a decision was made to terminate Mr. Ramos and that day was the 28th of August, 2018.

At some point Mr. Brand was made aware by his head of security, Mr. Smith, about a conversation he had with Ms. Ramos sometime the week of August 20th in which Ms. Ramos stated she was going to go work with a competitor of Folium Biosciences, identified as Global Cannibinoids, owned by a former employee of Folium Biosciences, Ryan James Lewis, DOB: 05/03/79. Ms. Ramos told Mr. Smith, Mr. Lewis had offered Mr. Vanderpool 100k dollars to 'take out' Mr. Brand.  Mr. Brand was given some tape recorded conversations by Mr. Smith of him and Ms. Ramos talking about the hit. He stated he also heard Ms. Ramos make statements about taking down the company and being in the parking lot watching the company burn to the ground.

Mr. Brand stated he learned of this around the 24th of August and stated he was extremely scared the rest of the weekend that he was going to be killed, or that his family was going to be injured. He stated he has 4 children with the youngest being 16, and that his wife had known Ms. Ramos very well throughout Ms. Ramos's employment.

Mr. Brand also informed me how Ms. Ramos had been contacting several different agencies, both local and Federal, reporting false accusations against the company in an attempt to get the company in legal trouble. He also stated Ms. Ramos was offered a job at a competitors company in Canada to provide corporate trade secrets and processing secrets to them. Mr. Brand implied Ms. Ramos was conducting corporate espionage, but said they were not really concerned with that at this time, more so the direct threat at having Mr. Brand killed.

**OFFICER STATEMENT**:

Mr. Brand and Mr. Shaun both stated they caught Ms. Ramos embezzling approximately $30K dollars in an approximately 5 or 6 month time frame from the company. Mr. Shaun said he was more concerned with the threats against Mr. Brand and the company than the money at this point.

At this point I began to interview Mr. Smith about the recordings.

| REPORTING OFFICER & IBM #<br>**McGrath, Martin 5154** | APPROVING SUPERVISOR<br>**Santoro, Anthony** |
|---|---|



| **COLORADO SPRINGS POLICE DEPARTMENT**<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report |
|---|---|
| | Case Report # **2018-00032107** |

| NARRATIVE (continuation) |
|---|

**INTERVIEW WITH MR. SMITH:**

Mr. Smith identified himself as the head of security for the company. He stated his company is out of Alaska, and provided a business card with his company name, Alaska Investigation Agency, LLC.

Mr. Smith stated he has known Ms. Ramos for some time and that her daughter, Dawn, had dated a friend of his whom he knew from school. Mr. Smith said when he would come to Colorado Springs previously he would stay with Ms. Ramos, which lead to them being somewhat close as friends.

Mr. Smith stated he had been told by Ms. Ramos that she had been offered a job by Mr. Lewis to be a Government Relations representative for Mr. Lewis's company, Global Cannibinoids, and that Mr. Lewis was going to pay her $25K US dollars a month. She also stated Mr. Lewis had offered to pay Mr. Vanderpool $100K US dollars to kill Mr. Brand.

Mr. Smith asked Ms. Ramos if he could speak with Mr. Vanderpool, to which Ms. Ramos agreed and gave Mr. Smith the phone number for Mr. Vanderpool. Ms. Smith contacted Mr. Vanderpool by telephone and during the conversation asked Mr. Vanderpool about whether or not he had the text message or email where Mr. Lewis offered to pay him to take out Mr. Brand. Mr. Vanderpool told Mr. Smith he used the application known as 'Signal' to communicate back and forth and that this application erases any communication shortly after the message is opened.

Mr. Smith had Ms. Ramos set up a meeting between him and Mr. Vanderpool, Mr. Lewis and Ms. Ramos to discuss this. Mr. Smith said because Ms. Ramos thought they were good friends, she confided in him about how much she hated the company and Mr. Brand. Mr. Smith said he played along with her and was able to record approximately 2 hours worth of phone conversations and personal meeting conversations with Mr. Vanderpool and Ms. Ramos.

Mr. Smith said on 08/24/18 at approximately 0830hrs, he met with Ms. Ramos and Mr. Vanderpool for breakfast at the First Watch restaurant, located at 7816 N. Academy Blvd, in Colorado Springs CO. The purpose of the meeting was for Mr. Smith to meet Mr. Vanderpool and to get to know how serious Mr. Vanderpool was at accepting the offer to conduct a hit on Mr. Brand. Mr. Smith stated he was playing along with the two of them, making statements about how much he hated the company and Mr. Brand and how the three of them could take down the company.

Mr. Vanderpool told Mr. Smith that Mr. Lewis had offered him 100K US dollars to take out Mr. Brand. Mr. Smith said Mr. Vanderpool made several statements to include how 'his guys could get it done without anyone knowing'. Mr. Smith said he recorded the conversation as well as several other phone calls, and could provide those to us at a later time.

| REPORTING OFFICER & IBM #<br>**McGrath, Martin 5154** | APPROVING SUPERVISOR<br>**Santoro, Anthony** |
|---|---|



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

Initial Case Report

Case Report # **2018-00032107**

## NARRATIVE (continuation)

Mr. Smith said Mr. Vanderpool never specifically mentioned any particular weapons, whether he had any or not, but did mention something about a 30-06. Mr. Smith said he did not remember exactly what it was he said, but said he did remember it was not in a threatening manner.

Mr. Smith said Mr. Vanderpool had made several statements about how he was a very rich person and that he was a 'ghost' and could not be found. Mr. Smith later conducted a records check of his own for Mr. Vanderpool and found his previous criminal history, his prior residences, prior telephone numbers and even a couple of photos of him. Mr. Vanderpool said it was not difficult to find him.

Mr. Smith stated he followed Ms. Ramos one afternoon and she lead him to a house at 6240 Turret Dr, in Colorado Springs CO, which he later learned was an air BNB residence. He also learned this was the location where Mr. Vanderpool was currently staying.

Mr. Smith stated at some time while meeting with Mr. Vanderpool, Mr. Vanderpool made a statement about how he likes to handle things himself, either with his hands (while making a choking motion with both hands) or through the crosshairs, and he stated he prefers the crosshairs.

**OFFICER STATEMENT CONT**:

Mr. Smith had told me he had followed Mr. Vanderpool and Mr. Lewis on separate occasions this last weekend. On both occasions they drove to Denver. Mr. Smith said both of them drove at a very high rate of speed in order to spot if someone was following them.

Mr. Smith said he would be able to provide a copy of the recorded conversations he had with Mr. Vanderpool and Ms. Ramos, and said he would place them on a USB drive and have them picked up on 08/30/18.

I later contacted Mr. Brand by telephone and he informed me he had spoken to an unnamed individual who owns a large hemp grow on the Western slope after we left. This individual told him Ms. Ramos had a meeting with this person and that Ms. Ramos had brought Mr. Vanderpool with her as a business associate of hers. At some point in the discussion Mr. Vanderpool stated to this individual how Mr. Vanderpool and his girlfriend, only identified as Patti, were going to move to Ft. Lauderdale, Florida soon to start up a grow there.

Mr. Brand also told me Mr. Vanderpool is an associate of another individual he knows, as Adam Rahman. Mr. Brand said Mr. Rahman is connected to the Asian groups in Denver that are moving CBD oil products throughout the US.

Mr. Brand stated initially that Mr. Shaun and another employee identified as Quan Nguyen, were threatened as well, but later clarified that no specific threat was made against them. Mr. Brand stated Ms. Ramos hates Mr. Shaun especially and when she made the threats about watching the company burn to the ground, he took that to mean she specifically meant Mr. Shaun. He also said she dislikes Mr. Nguyen and felt she would go after him

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **McGrath, Martin 5154** | **Santoro, Anthony** |



| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report |
|---|---|
| | Case Report # **2018-00032107** |

## NARRATIVE (continuation)

as well.

Mr. Brand later sent a photo of Mr. Lewis and Ms. Ramos together with two other uninvolved individuals. I placed that photo into DIMS, as well as photos of a short text conversation between Mr. Smith and Ms. Ramos where they were setting up the meeting at the restaurant with Mr. Vanderpool.

I received the history check Mr. Smith conducted on Mr. Vanderpool and later placed that into evidence, as well as a piece of paper with a hand written name, address, and aliases for Ms. Ramos.

Mr. Brand told me how Ms. Ramos had made a statement how Mr. Vanderpool had been renting a house from an Officer in the Air Force. Mr. Vanderpool was being evicted so he and Ms. Ramos went to an outdoor store and purchased skunk spray, and sprayed it in the residence. I located an El Paso County Sheriffs report, 18-12316 for a criminal mischief in which Mr. Vanderpool is the suspect.

I informed Lt. Koch of the incident. He later contacted Homicide Sgt Trainor, and informed him of the incident.

I sent a VINE to Mr. Brand at the company address.

An email was sent to VAU.

**End of Report**.

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **McGrath, Martin 5154** | **Santoro, Anthony** |

| POLICE | **COLORADO SPRINGS POLICE DEPARTMENT** 705 S. Nevada Ave. Colorado Springs, CO 80903 (719) 444-7000 | **Case Supplement Report** |
|---|---|---|
| | | **Case Report # 2018-00032107** |

## EVENT

| OCCURRED INCIDENT **CSPD Other - Felony** | INCIDENT # | DATE/TIME REPORTED **09/04/2018 14:47** |
|---|---|---|
| LOCATION OF OCCURRENCE | | OCCURRED DATE/TIME |
| | | OCCURRED THROUGH |

| ☐ BWC | ☐ APS | ☐ APTHOT | ☐ DHS | ☐ FCOC | ☐ VAU |
|---|---|---|---|---|---|

## OFFENSES

| STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|
| | | |
| | | |
| | | |

## VICTIM

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
|---|---|---|---|---|
| ADDRESS | | | PRIMARY PHONE | |
| | | | SECONDARY PHONE | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

| VICTIM / OFFENDER RELATIONSHIP | EMAIL ADDRESS |
|---|---|

## SUSPECT / OTHER

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
|---|---|---|---|---|
| ADDRESS | | | PRIMARY PHONE | |
| | | | SECONDARY PHONE | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

| DL/ID NUMBER | STATE | JACKET NUMBER |
|---|---|---|

## VEHICLE

| VEH # | PROPERTY CODE | ☐ Burned | ☐ Counterfeit / Forged | ☐ Destroyed / Damaged / Vandalized |
|---|---|---|---|---|
| | | ☐ Recovered | ☐ Seized | ☐ Stolen   ☐ Unknown |

| TYPE / MAKE / MODEL | | YEAR | COLOR |
|---|---|---|---|
| PLATE | STATE | VIN | VALUE |
| DESCRIPTION | | | |

## PROPERTY

| ITEM # | PROPERTY CODE | ☐ Burned | ☐ Counterfeit / Forged | ☐ Destroyed / Damaged / Vandalized |
|---|---|---|---|---|
| | | ☐ Recovered | ☐ Seized | ☐ Stolen   ☐ Unknown |

| SERIAL NUMBER | QTY/UNIT OF MEASURE | VALUE | COLOR |
|---|---|---|---|
| ITEM TYPE and DESCRIPTION | | | |

| CASE DISPOSITION | EXCEPTIONAL CLEARANCE | ASSOCIATED CASES | REPORTING DISTRICT **CSO** |
|---|---|---|---|
| REPORTING OFFICER & IBM # **Pitchford, Thomas 5758** | | APPROVING SUPERVISOR & IBM # **Wood, Kyle** | |



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

Case Supplement Report

Case Report # **2018-00032107**

## NARRATIVE

**INITIAL INFORMATION:**

On 09/04/18 at approximately 1446 hours, I, Community Service Officer T. Pitchford/5758 was dispatched to the Sand Creek Substation located at 4125 Center Park Dr., Colorado Springs, Colorado in regards to a supplement call for service.

**OFFICER STATEMENT:**

During briefing before a shift, Ofc. McGrath/5154 requested I place a thumb drive into evidence. Ofc. McGrath handed me an envelope address to him from Craig Brand. Inside the envelope contained a thumb drive in which contained video footage. I did not view the video footage and only submitted the thumb drive as evidence at the Sand Creek Substation on 09/04/18.

**STATUS OF PATROL INVESTIGATION:**

Patrol investigation complete. No further follow up anticipated by this CSO.

End of supplement.

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **Pitchford, Thomas 5758** | **Wood, Kyle** |

| POLICE COLORADO SPRINGS | COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Case Supplement Report |
|---|---|---|
| | | Case Report # **2018-00032107** |

### EVENT

| OCCURRED INCIDENT<br>**CSPD Homicide** | INCIDENT # | DATE/TIME REPORTED<br>**09/11/2018  13:10** |
|---|---|---|
| LOCATION OF OCCURRENCE | | OCCURRED DATE/TIME |
| | | OCCURRED THROUGH |

| ☐ BWC | ☐ APS | ☐ APTHOT | ☐ DHS | ☐ FCOC | ☐ VAU |
|---|---|---|---|---|---|

### OFFENSES

| STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### VICTIM

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|
| ADDRESS | | | PRIMARY PHONE |
| | | | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

| VICTIM / OFFENDER RELATIONSHIP | EMAIL ADDRESS |
|---|---|

### SUSPECT / OTHER

| PER #<br>**01** | SUBJECT TYPE<br>**Family Member** | NAME<br>**CORUM, ELLSWORTH** | DOB / AGE RANGE<br>**01/05/1949**   69 |
|---|---|---|---|
| ADDRESS<br>**12615 BERRYWOOD DR**<br>**Colorado Springs CO 80924** | | | PRIMARY PHONE<br>**(201)261-0919**<br>SECONDARY PHONE |

| RACE<br>**Black** | SEX<br>**Male** | HEIGHT<br>**6 00** | WEIGHT<br>**300 360** | HAIR<br>**Black** | EYE<br>**Brown** |
|---|---|---|---|---|---|

| DL/ID NUMBER | STATE | JACKET NUMBER |
|---|---|---|

### VEHICLE

| VEH # | PROPERTY CODE | ☐ Burned   ☐ Counterfeit / Forged   ☐ Destroyed / Damaged / Vandalized<br>☐ Recovered ☐ Seized   ☐ Stolen   ☐ Unknown |
|---|---|---|
| TYPE / MAKE / MODEL | | YEAR | COLOR |
| PLATE | STATE | VIN | VALUE |
| DESCRIPTION | | | |

### PROPERTY

| ITEM # | PROPERTY CODE | ☐ Burned   ☐ Counterfeit / Forged   ☐ Destroyed / Damaged / Vandalized<br>☐ Recovered ☐ Seized   ☐ Stolen   ☐ Unknown |
|---|---|---|
| SERIAL NUMBER | QTY/UNIT OF MEASURE | VALUE | COLOR |
| ITEM TYPE and DESCRIPTION | | | |

| CASE DISPOSITION | EXCEPTIONAL CLEARANCE | ASSOCIATED CASES | REPORTING DISTRICT<br>**StIC Investigations** |
|---|---|---|---|
| REPORTING OFFICER & IBM #<br>**Rutter, Andrew 4922** | | APPROVING SUPERVISOR & IBM #<br>**Wrede, Keith** | |



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

Case Supplement Report

Case Report # **2018-00032107**

| NARRATIVE |
| --- |

**No BWC Footage**

**Initiating Information**

On 09/05/2018, I, Officer A. Rutter|4922 was working as a member of the Colorado Springs Police Department (CSPD) Metro Strategic Information Center (StIC) Investigations Unit. I was tasked with conducting follow up investigation on a possible murder for hire incident.

**Officer Statement**

The initial investigation was conducted by Officer M. McGrath | 5154, who spoke with **Craig Brand DOB 01/11/1967**. Craig Brand stated **Ryan Lewis DOB 05/03/1979**, had made an offer of $100,000 U.S. dollars to **Shaun Vanderpool DOB 05/14/1979**, to kill him.

Officer McGrath also spoke with **Luke Smith DOB 05/06/1974**, who was the head of security for a Folium Biosciences, a company Craig Brand worked for, and had intimate knowledge of the incident.

Luke Smith stated he spoke with a former employee of Folium Biosciences, **Juanita Ramos DOB 08/20/1954**, who informed him Ryan Lewis offered $100,000 to Shaun Vanderpool to kill Craig Brand. Luke Smith also arranged a meeting between himself, Juanita Ramos, Ryan Lewis, which he had audio recordings of. The recordings were on a USB drive and had been submitted into evidence.

**Audio Review**

On 09/05/2018, at approximately 1314 hours, I checked out the USB drive from evidence to review the contents.

Upon opening the drive I located the following seven audio files:

1) Juanita 8_23_2018

2) Juanita 8_24_2018 #1

3) Juanita 8_24_2018 #2

4) Juanita Home 8_24_2018 #1

5) Juanita Home 8_24_2018 #2

6) Juanita Home 8_24_2018 #3 (2)

7) Juanita Home 8_24_2018 #3

Also on the USB was a word document titled "Complaint (Folium v. Ryan Lewis et al.).4.10.18-R6." This document appeared to discuss the elements of a civil lawsuit between plaintiff Folium and respondent Ryan Lewis.

I reviewed the audio files and the only point of evidentiary value occurs during a conversation between Luke Smith, Shaun Vanderpool, and Juanita Ramos. This conversation is on the audio file titled "Juanita 8_24_2018 #

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
| --- | --- |
| **Rutter, Andrew 4922** | **Wrede, Keith** |



| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Case Supplement Report |
|---|---|
| | Case Report # **2018-00032107** |

## NARRATIVE (continuation)

1" and occurs between 48:42 and 51:00 essentially stating the following:

**Luke Smith**: Now let's, let's talk about something else. So, you guys said that Craig is sleazy enough to put a hit out.

**Juanita Ramos**: Yeah.

**Shaun Vanderpool**: Yeah, he asked me to kill him.

**Luke Smith**: Huh?

**Shaun Vanderpool**: Craig asked me to kill him.

**Luke Smith**: To kill who?

**Shaun Vanderpool**: Ryan.

**Luke Smith**: I didn't know that.

**Juanita Ramos**: Yeah.

**Luke Smith**: When did that happen?

**Shaun Vanderpool**: First day I met Craig.

**Luke Smith**: Really?

**Shaun Vanderpool**: Six or seven minutes into the meeting Craig asked me to whack him.

**Luke Smith**: No shit?

**Shaun Vanderpool**: That's the type of thing if I don't know you that's the type of thing that could get you whacked.

**Luke Smith**: Right.

**Shaun Vanderpool**: Don't ask me that shit, you don't know who the fuck I am.

**Juanita Ramos**: He didn't even know who he was. I just introduced them. I said this is Shaun, I didn't say this is my private killer.

**Luke Smith**: How did you introduce him? This is Shaun, he's a uh exterminator?

**Juanita Ramos**: I introduced him, I said this is my friend Shaun and I said he has a…

**Luke Smith**: I mean who does that?

**Juanita Ramos**: …few connections that I do. That's all I said…. He said I want you to take out fucking Ryan. I want you to exterminate him.

**Shaun Vanderpool**: He has no idea who the fuck I am. If I was going to do that, I'd put his name on the fucking

| REPORTING OFFICER & IBM #<br> Rutter, Andrew 4922 | APPROVING SUPERVISOR<br> Wrede, Keith |
|---|---|



| **COLORADO SPRINGS POLICE DEPARTMENT** 705 S. Nevada Ave. Colorado Springs, CO 80903 (719) 444-7000 | Case Supplement Report |
|---|---|
| | Case Report # **2018-00032107** |

## NARRATIVE (continuation)

dark web and have a contractor bid on him.

The original USB was placed back into the original evidence packaging, sealed, marked, and returned to evidence. A copy of the audio files was uploaded into DIMS.

### Juanita Ramos Statement

On 09/06/2018 at approximately 1400 hours, I spoke with Juanita Ramos at her residence, 12615 Berrywood Dr. Colorado Springs, CO 80924. During the interview her husband, **Ellsworth Corum Jr. DOB 01/05/1949** was present.

Juanita Ramos stated she was employed with Folium Biosciences for several months and her employment was terminated on 08/27/2018. Her role with the company was to obtain political support for the expansion of pharmaceutical CBD. Juanita described her time with the company as hostile and mentioned, several times, the CEO of the company Kashif Shan (unknown exact spelling or date of birth), along with his lawyer Craig Brand, had exhibited aggressive behavior which included yelling and throwing items at her.

Juanita Ramos said Ryan Lewis was a partner with Kashif Shan and Craig Brand until they had a falling out around February 2018. As a result of the fall out, which Juanita Ramos did not know the details of, Ryan Lewis was terminated from the company. Ryan then filed several civil law suits against Kashif Shan and the company Folium Bioscience. According to Juanita Ramos, this caused both Kashif Shan and Craig Brand to develop extreme hatred towards Ryan Lewis. Juanita stated Craig Brand learned Ryan Lewis was wanted in the state of New Jersey for outstanding child support payments. Upon learning this information, Luke Smith, who was the owner of Alaska Investigation Agency LLC, a private investigation company located at 564 Denali St. Palmer AK, 99654, was hired to locate Ryan Lewis. Juanita Ramos stated Luke Smith was successful in locating Ryan Lewis, and reported his location to Craig Brand and Kashif Shan.

Juanita Ramos stated, upon learning of Ryan Lewis location, Kashif Shan ordered Luke Smith to kidnap Ryan Lewis, and drive him to New Jersey to turn him into the authorities there. Ellsworth Corum, who was the head of security when this request was made, advised Kashif Shan that was a bad idea and criminal. According to Juanita Ramos, Luke Smith went back to Alaska shortly after.

Juanita Ramos said over the next several months Craig Brand would make comments about wanting Ryan Lewis to be "taken care of" or "taken out." Juanita Ramos said she interpreted those statements as Craig Brand wanting Ryan Lewis to be killed.

On or about 08/06/2018, Juanita Ramos stated she facilitated a meeting which included herself, Craig Brand, Patty (unknown last name), and Shaun Vanderpool. Juanita said the meeting was intended for Craig Brand and Patty to discuss shipping options for Folium Biosciences. This was the first time Craig Brand had been introduced to Shaun Vanderpool.

Juanita Ramos said approimalty five minutes into the meeting Craig Brand asked Shaun Vanderpool if he would kill Ryan Lewis for $100,000. Juanita Ramos said the question shocked everyone at the table, including Shaun Vanderpool, who responded by telling Craig Brand he would not do anything like that. Juanita Ramos said Craig Brand asked Shaun Vanderpool at least three additional times during the meeting, which lasted approximately

| REPORTING OFFICER & IBM # **Rutter, Andrew 4922** | APPROVING SUPERVISOR **Wrede, Keith** |
|---|---|



| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Case Supplement Report<br><br>Case Report # **2018-00032107** |
|---|---|

## NARRATIVE (continuation)

ninety minutes, if he would kill Ryan Lewis, and Shaun Vanderpool declined each time.

Juanita Ramos described Shaun Vanderpool as a "fast talker" who likes to make people believe he "is more than he his." She stated he sometimes projects an image of himself as being an old time Italian mobster from New Jersey, but he is not at all a mobster in real life. She said she doesn't think Shaun Vanderpool has ever killed, or offered to kill, anyone in the past, and was not sure why Craig Brand would solicit that from Shaun Vanderpool.

Juanita Ramos described Craig Brand as an "alcoholic cowboy" who always gets what he wants. She stated his confidence coupled with his money has made him think he is unstoppable. Juanita Ramos stated Craig may actually go through with paying someone to kill Ryan Lewis if he had "enough whiskey in him." Juanita Ramos stated that to the best of her knowledge, no money had changed hands, and there was no actual plan in place for anyone to kill Ryan Lewis.

Juanita Ramos stated she was terminated from Folium Biosciences on 08/27/2018. After being terminated she learned that Luke Smith was in Colorado, hired by Kashif Shan, with the mission of investigating her. She said she was not sure why she was being investigated, but assumed it had to do with Kashif Shan and Craig Brand attempting to get "dirt" on her to prevent her from obtaining employment elsewhere.

Juanita Ramos learned that part of Luke Smith's investigation of her included her being photographed while talking to Ryan Lewis during a casual conversation about his new business, as well as several recorded conversations.

### Officer Statement

Upon conclusion of my interview with Juanita Ramos, I gave her my contact information and asked her to contact me if she remembered anything else about the situation.

I made attempts to speak with Shaun Vanderpool. We were scheduled to meet at the Gold Hill Substation, 955 W. Moreno Ave. Colorado Springs, CO 80905 at 1100 hours on Thursday 09/06/2018. Approximately 15 minutes before that interview, I received a phone call from Shaun Vanderpool who stated he did not want to meet. At 1150 hours on 09/06/2018 I received a voice message from phone number 719.635.7707, which a male who identified as **Mike Obernesser** stated he was an attorney for Shaun Vanderpool and he wanted to know the situation. On Friday 09/07/2018, I spoke with Mike Obernesser about why I wanted to speak with Shaun Vanderpool. Mike Obernesser stated he would get back to me to try and schedule a meeting. As of this supplement, I have not heard from either Mike Obernesser or Shaun Vanderpool.

Ellsworth Crum was present during the interview, and at times would interrupt Juanita Ramos to continue the same story she was telling. Ellsworth stated he was a former employee of Folium Biosciences, but was never specific about why or when he left the company.

Officer A. Marshall |4305, spoke with Luke Smith (see his supplement for details) and after that conversation, it was determined there was no credible threat, and no overt actions were ever taken towards commission of murder.

| REPORTING OFFICER & IBM #<br>**Rutter, Andrew 4922** | APPROVING SUPERVISOR<br>**Wrede, Keith** |
|---|---|



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

| Case Supplement Report |
| :---: |
| Case Report # **2018-00032107** |

## NARRATIVE (continuation)

If additional leads are discovered in the future, further investigative action may be taken at that time.

End of supplement.

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
| :--- | :--- |
| **Rutter, Andrew 4922** | **Wrede, Keith** |

| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Case Supplement Report |
|---|---|
| | Case Report # **2018-00032107** |

**EVENT**

| OCCURRED INCIDENT<br>**CSPD Homicide** | INCIDENT # | DATE/TIME REPORTED<br>**09/12/2018  08:32** |
|---|---|---|
| LOCATION OF OCCURRENCE | | OCCURRED DATE/TIME |
| | | OCCURRED THROUGH |

| ☐ BWC | ☐ APS | ☐ APTHOT | ☐ DHS | ☐ FCOC | ☐ VAU |
|---|---|---|---|---|---|

**OFFENSES**

| STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|
| | | |
| | | |
| | | |

**VICTIM**

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
|---|---|---|---|---|
| ADDRESS | | | PRIMARY PHONE | |
| | | | SECONDARY PHONE | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

| VICTIM / OFFENDER RELATIONSHIP | EMAIL ADDRESS |
|---|---|

**SUSPECT / OTHER**

| PER # | SUBJECT TYPE | NAME | | DOB / AGE RANGE |
|---|---|---|---|---|
| ADDRESS | | | PRIMARY PHONE | |
| | | | SECONDARY PHONE | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

| DL/ID NUMBER | STATE | JACKET NUMBER |
|---|---|---|

**VEHICLE**

| VEH # | PROPERTY CODE | ☐ Burned  ☐ Recovered | ☐ Counterfeit / Forged  ☐ Seized | ☐ Destroyed / Damaged / Vandalized  ☐ Stolen  ☐ Unknown |
|---|---|---|---|---|
| TYPE / MAKE / MODEL | | | YEAR | COLOR |
| PLATE | STATE | VIN | | VALUE |
| DESCRIPTION | | | | |

**PROPERTY**

| ITEM # | PROPERTY CODE | ☐ Burned  ☐ Recovered | ☐ Counterfeit / Forged  ☐ Seized | ☐ Destroyed / Damaged / Vandalized  ☐ Stolen  ☐ Unknown |
|---|---|---|---|---|
| SERIAL NUMBER | | QTY/UNIT OF MEASURE | VALUE | COLOR |
| ITEM TYPE and DESCRIPTION | | | | |

| CASE DISPOSITION | EXCEPTIONAL CLEARANCE | ASSOCIATED CASES | REPORTING DISTRICT<br>**Sand Creek Patrol** |
|---|---|---|---|
| REPORTING OFFICER & IBM #<br>**Marshall, Andrew 4305** | | APPROVING SUPERVISOR & IBM #<br>**Alvarez, Shane** | |



| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Case Supplement Report |
|---|---|
| | Case Report # **2018-00032107** |

## NARRATIVE

Patrol/adk

**BODY WORN CAMERA**

I do not have any body worn camera footage for this case.

**INITIAL INFORMATION**

On Friday 09/07/18 at approximately 1204 hours, I, Officer A. Marshall/4305, was on a temporary duty assignment to the Colorado Springs Police Department Strategic Information Center Investigation Team. Officer Rutter/4922 and I had been assigned to conduct follow up for a reported murder-for-hire case. The original report was taken by Officer McGrath/5154 on 10/29/17. The incident involved several employees and former employees of the business Folium Biosciences located at 615 Wooten Rd. The original report indicated that a suspect, Ryan Lewis, DOB: 05/03/79, had contacted an individual, Shawn Vanderpool, DOB: 05/14/79, and offered him $100,000 to kill the victim, Craig Brand, DOB: 01/11/67.

A private investigator, identified as Luke Smith, DOB: 05/06/74, who works for Alaska Investigations Agency, had been provided information by another former employee of Folium identified as Juanita Ramos, DOB: 08/20/54, indicating that Ryan had solicited Mr. Vanderpool to kill Mr. Brand for $100,000.

For further information on the initial report, see Officer McGrath's report.

**OFFICER STATEMENT**

On 09/05/18 and 09/06/18, I assisted Officer Rutter in listening to audio files provided by Mr. Smith as well as an interview with Ms. Ramos. For further information on the recordings as well as Ms. Ramos' interview, see Officer Rutter's supplement.

On 09/07/18 at approximately 1204 hours, I contacted Mr. Smith by phone to collect a statement by him.

| REPORTING OFFICER & IBM #<br>**Marshall, Andrew 4305** | APPROVING SUPERVISOR<br>**Alvarez, Shane** |
|---|---|



| | |
|---|---|
| **COLORADO SPRINGS POLICE DEPARTMENT**<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Case Supplement Report<br><br>Case Report # **2018-00032107** |

## NARRATIVE (continuation)

**LUKE SMITH STATEMENT**

I talked to Mr. Smith over the phone. I asked Mr. Smith to explain to me how he became aware of the threat against Mr. Brand. Mr. Smith explained to me that he was contacted by Ms. Ramos on 08/15/18 in regards to the threat. She said that there were text messages indicating that Mr. Lewis had solicited Mr. Vanderpool to kill Mr. Brand. Mr. Smith said that Ms. Ramos had contacted him for the purpose of collecting information on Mr. Lewis and to confirm the validity of the threat. Mr. Smith told me that Ms. Ramos had told him that Mr. Lewis had talked to Mr. Vanderpool and told him that he would give him $100,000 if he could take Mr. Brand fishing and for Mr. Brand to not come back.

When I asked Mr. Smith how Ms. Ramos came by the information, he said that Ms. Ramos and Mr. Vanderpool were friends. He said that the text messages were not retrievable due to them being sent via an application that deletes messages as soon as they are sent.

Mr. Smith told me on 08/23/18, Ms. Ramos had re-contacted him and told him he did not need to come down because the threat was not credible; however, Mr. Smith told me that what Ms. Ramos didn't know was that he was already in town at the request of Folium.

Mr. Smith told me that he then met Ms. Ramos at the Ritz in Denver and that's where he made one of the recordings. He then said that he met Ms. Ramos again on 08/24/18 at about 0830 hours at First Watch in Colorado Springs on North Academy. He said there he met Ms. Ramos, Mr. Vanderpool, and Ms. Ramos' husband, Ellsworth Corum, DOB: 01/05/49. Mr. Smith told me that one of the recordings was from inside during that meeting and another was from outside in the parking lot after the meeting. Mr. Smith then told me that the next three recordings that he provided were all recorded at Ms. Ramos' house.

Mr. Smith told me that on 08/15/18 he spoke to Mr. Vanderpool who also confirmed that Mr. Lewis had reportedly offered him $100,000 to kill Mr. Brand. Mr. Smith also mentioned during our conversation that Ms. Ramos, Mr.

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **Marshall, Andrew 4305** | **Alvarez, Shane** |



| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Case Supplement Report |
|---|---|
| | Case Report # **2018-00032107** |

## NARRATIVE (continuation)

Vanderpool, and Mr. Lewis are now all currently going into business together in competition with Folium.

I asked Mr. Smith why he thought Mr. Lewis would allegedly ask Mr. Vanderpool to kill Mr. Brand. Mr. Smith responded by saying that Mr. Lewis may have been high and not really asking or potentially just venting frustration.

Mr. Smith also stated that Mr. Vanderpool portrays himself as a tough guy. He said that Mr. Vanderpool is a fast talker and portrays himself to be tougher than what he really is.

Based on information that we heard in the recordings as well as our Officer Rutter's interview with Ms. Ramos, I asked Mr. Smith if Mr. Brand had solicited Mr. Vanderpool to kill Mr. Lewis. Mr. Smith said that he did not think that Mr. Brand ever made a request to Mr. Vanderpool. Mr. Smith said that Ms. Ramos likely said that in order to turn Mr. Smith against Folium. Mr. Smith then told me that Mr. Brand and Mr. Lewis had met on 08/25/18 in order to sort out their differences and to "bury the hatchet" between them.

### OFFICER STATEMENT CONTINUED

After I got off the phone with Mr. Smith, I briefed Officer Rutter on the interview. It was then decided that we did not have any probable cause for charges and that there was no overt act to plan a murder. There also did not appear to be any credible threat at this time.

For further information on this case, see Officer McGrath's original report as well as Officer Rutter's supplement.

End of report.

| REPORTING OFFICER & IBM #<br>**Marshall, Andrew 4305** | APPROVING SUPERVISOR<br>**Alvarez, Shane** |
|---|---|

# Call 18373075 Details

Refresh:
30 sec.

File: **C1832107**          Date:**08/29/18**      Opr:**PJONESME**      POD:**27**

Location:**615 WOOTEN RD;FOLIUM BIO SCIENCES**                          Juris:**COS**

Type:**HARA**              Svc:**P**   Agcy:**CSPD**   Area:**3**   Dist:**3047**   Zn:**P3**   Bt:**33**

**HARASSMENT/THREATS**     In Progress? **0**    Priority:**3**        How Recd? **1**

Last name:**BRAND**              First:**CRAIG**        Phone:**305-878-1477**

Address:**615 WOOTEN RD**              BOLO      HAZ      EL      PH 28

| # | Remarks | DOW Time | Oper | POD |
|---|---------|----------|------|-----|
| 1 | **Location changed from "615 WOOTEN RD" to "615 WOOTEN RD;".** | Wed 15:34:15 | *PJONESME | 27 |
| 2 | **Location changed from "615 WOOTEN RD;" to "615 WOOTEN RD;FOLIUM BIO SCIENCES".** | Wed 15:34:51 | *PJONESME | 27 |
| 3 | **EMPLY THAT WERE FIRED FOR GRAND THEFT HAVE BEEN** | Wed 15:35:53 | PJONESME | 27 |
| 4 | **THREATENING TO KILL AND HURT PEOPLE FROM THE COMP** | Wed 15:35:53 | PJONESME | 27 |
| 5 | **EMPLYS WERE JUST FIRED YEST** | Wed 15:36:10 | PJONESME | 27 |
| 6 | **RP IS WITH COUNCIL OF ABOVE AND HAS MADE CONTACT** | Wed 15:36:31 | PJONESME | 27 |
| 7 | **WITH ATTORNEY GENERAL ABOUT THIS** | Wed 15:36:31 | PJONESME | 27 |
| 8 | **ATT GENERAL ASKED RP TO REPORT WITH CSPD** | Wed 15:36:42 | PJONESME | 27 |
| 9 | **ProQA Police call type 119B3.** | Wed 15:38:02 | *PJONESME | 0 |
| 10 | **Response: BRAVO.** | Wed 15:38:02 | *PJONESME | 0 |
| 11 | **Dispatch Code: 119B03.** | Wed 15:38:02 | *PJONESME | 0 |
| 12 | **Vict caller on scene.** | Wed 15:38:02 | *PJONESME | 0 |
| 13 | **Susp/Veh not in area.** | Wed 15:38:02 | *PJONESME | 0 |
| 14 | **SUSP HAVE BEEN KNOWN TO HANG AROUND CRIMINALS** | Wed 15:40:38 | PJONESME | 27 |
| 15 | **RP STD THEY ARE TAKING THE THREATS VERY SERIOUS** | Wed 15:41:05 | PJONESME | 27 |
| 16 | **BECAUSE "THESE ARE THE KIND OF PEOPLE THAT WILL** | Wed 15:41:05 | PJONESME | 27 |
| 17 | **KILL FOR 200 DOLLARS"** | Wed 15:41:05 | PJONESME | 27 |
| 18 | **RPS COMP HAS HIRED PVT INVESTIGATORS FOR THE** | Wed 15:41:34 | PJONESME | 27 |
| 19 | **SITUATION** | Wed 15:41:34 | PJONESME | 27 |
| 20 | **Unit 3A75 is Police Enroute.** | Wed 16:06:30 | PMCGRAMA | 3A75 |
| 21 | **Unit 3A53 is Police Enroute.** | Wed 16:06:30 | PDAVISTR | 3A53 |
| 22 | **Unit 3A75 is Police Enrou e.** | Wed 19:06:01 | PZIMMEDE | 3 |

| 23 | 3A75 ENROUT 4125 CENTER PARK DR; SAND CREEK | Wed | 19:06:01 | PZIMMEDE | 3 |
| 24 | SUBSTATION | Wed | 19:06:01 | PZIMMEDE | 3 |
| 25 | Unit 3A53 is Police Enroute. | Wed | 19:06:02 | PZIMMEDE | 3 |
| 26 | 3A53 ENROUT 4125 CENTER PARK DR; SAND CREEK | Wed | 19:06:02 | PZIMMEDE | 3 |
| 27 | SUBSTATION | Wed | 19:06:02 | PZIMMEDE | 3 |
| 28 | NAM/RAMOS,JUANITA DOB/082054 SEX/F | Wed | 20:13:11 | PMCGRAMA | 3A75 |
| 29 | LIC/ONQ259 | Wed | 23:19:35 | PMCGRAMA | 3A75 |
| 30 | CONSPIRACY TO COMMIT HOMICIDE REPORT TAKEN, | Wed | 23:33:23 | PMCGRAMA | 3A75 |
| 31 | FORWARDED TO DET FOR FOLLOW UP. MCGRATH/5154 | Wed | 23:33:23 | PMCGRAMA | 3A75 |
| 32 | Call 18382566 has been linked to call 18373075. | Tue | 14:46:48 | *PBOUDRCO | 3 |

| Cross Streets | Unit Recommendation |
|---|---|
| **E PLATTE AV** | |

| Veh Lic | St | Year | Make | Model | Color | Additional |
|---|---|---|---|---|---|---|
| **ONQ259** | | | | | | |

| Unit | Name | Received | Dispatch | Arrived | Cleared | Clearance | Backup Units |
|---|---|---|---|---|---|---|---|
| <u>3A75</u> | MCGRATH, MARTIN | 15:33 | 16:06 | 16:18 | 23:33 | 35 | <u>3A53</u> |

# Unit History

| Unit | Name | Status | Time | Location | Operator | Remarks |
|---|---|---|---|---|---|---|
| <u>3A75</u> | MCGRATH, MARTIN | DSPH | 16:06:27 | 615 WOOTEN RD;FOLIUM B | PZIMMEDE | HARASSMENT/THREATS |
| <u>3A53</u> | DAVIS, TREVOR | DSPH | 16:06:27 | 615 WOOTEN RD;FOLIUM B | PZIMMEDE | Backup |
| <u>3A75</u> | MCGRATH, MARTIN | ENROUT | 16:06:30 | 615 WOOTEN RD;FOLIUM B | MDT | HARASSMENT/THREATS |
| <u>3A53</u> | DAVIS, TREVOR | ENROUT | 16:06:30 | 615 WOOTEN RD;FOLIUM B | MDT | Backup |
| <u>3A75</u> | MCGRATH, MARTIN | ENROUT | 16:08:43 | 615 WOOTEN RD;FOLIUM B | MDT | HARASSMENT/THREATS |
| <u>3A75</u> | MCGRATH, MARTIN | ARRIVD | 16:18:07 | 615 WOOTEN RD;FOLIUM B | MDT | HARASSMENT/THREATS |
| <u>3A53</u> | DAVIS, TREVOR | ARRIVD | 16:22:21 | 615 WOOTEN RD;FOLIUM B | PZIMMEDE | Backup |
| <u>3A53</u> | DAVIS, TREVOR | ARRIVD | 18:25:00 | 615 WOOTEN RD;FOLIUM B | PZIMMEDE | Backup |

12/2/2019

| | | | | | |
|---|---|---|---|---|---|
| 3A75 | MCGRATH, MARTIN | ARRIVD | 19:00:46 | 615 WOOTEN RD;FOLIUM B | MDT | HARASSMENT/THREATS |
| 3A75 | MCGRATH, MARTIN | ENROUT | 19:06:01 | 4125 CENTER PARK DR; S | PZIMMEDE | HARASSMENT/THREATS |
| 3A53 | DAVIS, TREVOR | ENROUT | 19:06:02 | 4125 CENTER PARK DR; S | PZIMMEDE | Backup |
| 3A75 | MCGRATH, MARTIN | ENROUT | 19:06:45 | 4125 CENTER PARK DR; S | MDT | HARASSMENT/THREATS |
| 3A53 | DAVIS, TREVOR | ARRIVD | 19:14:52 | 4125 CENTER PARK DR; S | MDT | Backup |
| 3A53 | DAVIS, TREVOR | ARRIVD | 19:14:56 | 4125 CENTER PARK DR; S | MDT | Backup |
| 3A75 | MCGRATH, MARTIN | ARRIVD | 19:15:55 | 4125 CENTER PARK DR; S | MDT | HARASSMENT/THREATS |
| 3A53 | DAVIS, TREVOR | CLEAR | 19:23:53 | | PSANDERY | |
| 3A75 | MCGRATH, MARTIN | ARRIVD | 19:39:02 | 4125 CENTER PARK DR; S | PCALESJE | HARA SC |
| 3A75 | MCGRATH, MARTIN | COMM LIC | 20:13:11 | 4125 CENTER PARK DR; S | MDT | NAM/RAMOS,JUANITA DOB/082 |
| 3A75 | MCGRATH, MARTIN | ARRIVD | 22:18:13 | 4125 CENTER PARK DR; S | MDT | HARA SC |
| 3A75 | MCGRATH, MARTIN | ARRIVD | 22:43:48 | 4125 CENTER PARK DR; S | PSHUFFJO | HARA SC |
| 3A75 | MCGRATH, MARTIN | COMM REG | 23:19:35 | 4125 CENTER PARK DR; S | MDT | LIC/ONQ259 |
| 3A75 | MCGRATH, MARTIN | CLEAR | 23:33:23 | | MDT | |

Close    Print

as of: 12/02/2019
12:19

# Call 18382566 Details

**Refresh:**
30 sec. ▼

File:                    Date:**09/04/18**        Opr:**PBOUDRCO**        POD:**3**

Location:**4125 CENTER PARK DR; SAND CREEK SUBSTATION**        Juris:**COS**

Type:**SUPP**        Svc:**P**   Agcy:**CSPD**        Area:**3**        Dist:**3160**   Zn:**P3**   Bt:**37**

**SUPPLEMENT TO CASE**        In Progress? **0**        Priority:**4**        How Recd? **5**

Last name:**OFFICER**        First:**PITCHFORD, THOMAS**        Phone:

Address:                            BOLO        HAZ        EL        PH 10260

| # | Remarks | DOW | Time | Oper | POD |
|---|---|---|---|---|---|
| 1 | Call 18382566 has been linked to call 18373075. | Tue | 14:46:48 | *PBOUDRCO | 3 |

Cross Streets        Unit Recommendation

**S MURRAY BL**

| Unit | Name | Received | Dispatch | Arrived | Cleared | Clearance | Backup Units |
|---|---|---|---|---|---|---|---|
| **3C302** | **PITCHFORD, THOMAS** | **14:46** | **EVNT** | **14:46** | **14:59** | **75** | |

# Unit History

| Unit | Name | Status | Time | Location | Operator | Remarks |
|---|---|---|---|---|---|---|
| 3C302 | PITCHFORD, THOMAS | ARRIVD | 14:46:46 | 4125 CENTER PARK DR; S | PBOUDRCO | SUPPLEMENT TO CASE |
| 3C302 | PITCHFORD, THOMAS | CLEAR | 14:59:14 | | MDT | |

Close    Print

as of: 12/02/2019 12:20

12/2/2019